# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| NOGHAMA TOKUNBOH, | |
| Plaintiff, | 2:18-cv-00162-JCM-CWH |
| vs. | **ORDER** |
| SPRING VALLEY HEALTH CARE, LLC d/b/a SPANISH VALLEY HILLS WELLNESS SUITES, | |
| Defendants. | |

Before the Court is Defendant's Request to Excuse Attendance of Insurance Carrier Representative at Early Neutral Evaluation Conference (ECF No. 11).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Request to Excuse Attendance of Insurance Carrier Representative at Early Neutral Evaluation Conference (ECF No. 11) must be filed on or before June 18, 2018.

DATED this 12th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE